UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony W. Dowell
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801
(714) 776-6755

vs.

UNITED STATES GOVERNMENT

Case: 1:07-cv-01390
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/31/2007
Description: FOIA/Privacy Act

## COMPLAINT

1. The defendant failed to comply to the Privacy Act of 1974 as amended, restrained the plaintiff from freely exercising the right to receive fair procedural due process of the law he guaranteed by the Fifth Amendment in the Bill of Rights as well as denied the plaintiff from being afforded same, failed to ensure a program funded by the United States Government was totally, fully, and completely accessible to the plaintiff subsequently disparaging his ability to freely have access to or the ability to freely use the thrift saving plan and its benefits infringing upon the plaintiffs privileges set forth under section 504, Rehabilitation Act of 1973 because of discrimination of any kind, sort, or type which is forbidden by section 501 of the act enforced by the Americans with Disabilities Act of 1990 through Title I. The plaintiff was treated disparately and discriminated against on the basis of political contributions, activity, and/or affiliation. The defendant disparaged the plaintiff from exercising rights or using privileges guaranteed under the Privacy Act of 1974 because of discrimination on the basis of amount of privileges or interest the plaintiff has accumulated in our constitution or Government both through bylaws for the descendent and serving in a foreign campaign or war declared by Congress. The defendant already infringed upon rights the plaintiff has either earned, inherited through bylaws, or is guaranteed under the constitution and its amendments as wells as other legislation that protects the plaintiff against discrimination on the basis of political activities, contributions, membership, affiliation, and disability or Status. I.e. Civil Service Reform Act of 1978, Civil Rights Acts, the

1

Merit System Principles governing prohibited personal practices, the Americans with Disabilities Act of 1990 as amended, Uniform Service Employment Reemployment Rights Act, etc. Since the plaintiff is representing himself he has requested the courts to identify the rest of protections he is guaranteed bylaw to enforce on the United States Government or DEFENDANT.

2. On March 7, 2007 the plaintiff properly filed a request to have the records pertaining to him amended in accordance with 5 C.F.R. 297. Per 5 U.S.C. (d) (2) (A) the defendant is required by law to acknowledge receipt of the plaintiffs request within (10) days after receipt of his request. Furthermore, the defendant is required by 5 U.S.C. (d) (2) (B) to either make any corrections of any portion thereof which the plaintiff believes is not accurate, relevant, timely, or complete or inform the plaintiff of the Governments refusal to amend the record, the reason, and procedures to request review of that refusal. The defendant is required to follow procedures contained in 5 U.S.C. (d) (3) and notify the plaintiff of the provisions for judicial review of the reviewing official's determination under subsection (g) (1) (A). Exhibit (1) is a copy of the plaintiffs request to have his records amended received by the defendant on March 12, 2007. The second exhibit (2) is a copy of the appeal submitted by the plaintiff via Official First Class Certified US Mail and received by the defendant on April 19, 2007. These items have been submitted as evidence.

3. The defendant not only violated 5 U.S.C. (g) (1) (C) by failing to maintain the plaintiffs records with such accuracy, relevance, timeliness, and completeness as is necessary to assure fairness in any determination relating to the qualification, character, rights, or opportunities of, or benefits to the plaintiff that may be made on the basis of such record and consequently a determination was made which was adverse to the plaintiff; the defendant denied or disparaged the use or exercise thereof Fifth Amendment privileges under the Bill of Rights or procedural due process of the law by failure to follow procedures contained in 5 U.S.C. (d) (3).

4. The fact of the matter is 5 C.F.R. 297 denied or disparaged the plaintiffs Fifth Amendment Privileges set forth by the Constitution under the Bill of Rights since it restrained the plaintiffs

from exercising his rights to judicial proceedings after the defendant failed to comply to the regulation pertaining to acknowledging receipt of his request and issuing a decision to either approve the plaintiffs request by making the correction or denying the request, informing the plaintiff of his reason for denying the plaintiffs request, and notifying the plaintiff about his appellate privileges. The defendant is unable to plead his regulation affords procedural due process of the law because the plaintiff filed an appeal to the Office of Personnel Management and they denied having jurisdiction and circulated the plaintiffs appeal back down to the primary suspect that originally denied or disparaged the plaintiff from being afforded procedural due process of the law permitting the defendant to investigate his own crime scene as well as assume the responsibilities assigned to the jury and judge. The District Court is compelled to rule that 5C.F.R.297 is either infringed, denied, or disparage the use of privileges or rights guaranteed under the U.S. Constitution because the regulation must be ruled unconstitutional since the Privacy Act of 1974 clearly afforded the plaintiff the right to judicial proceedings but it was denied by 5C.F.R.297. The Privacy Act is superior by sonority and supersedes the Executives Federal Statutory Authority or Regulation. I am filing motion that 5C.F.R.297 either infringed, denied, or disparaged the plaintiffs Fifth Amendment Privileges because it is UNCONSTITUTIONALLY DESIGNED by Executives and the United States Congress ratified the legislation for them or something like that took place.

5. Furthermore, the defendant has already obstructed justice from being served by allowing his suspect to investigate the crime. The plaintiff has provided exhibits (3), (4), & (5) as evidence to prove the defendant either impeded the judicial process or deliberately obstructed justice by readdressing and forwarding the plaintiffs appeal so it could be returned to the suspect to perform his own investigation and pardon himself for the crimes committed. The plaintiff is able to identify several other records the defendant has in his custody that are in violation of the Privacy Act or either infringed, denied, or disparage the plaintiff from being afforded guarantees under the Constitution. If the District Court for the District of Columbia agrees to adjoin and

adjudicate every claim filed by the plaintiff solemnly on the basis of there merits, the plaintiff agreed to identify them for the court to be subpoena. Plus the numerous claims the plaintiff already filed establishes this motion he is filing that the plaintiff was disparately treated in a discriminatory fashion by the defendant.

6. The fourteen petitions the plaintiff has on record against the defendant prove by preponderance of evidence to the District Court that the plaintiff has been discriminated against on the basis of political activity, membership, contributions, or service in the Armed Services for United States Congress. The plaintiff has identified the case on file at the National Labor Relations Board, Western Regional Office, Los Angeles, California. See: Dowell v. USPS filed on or about January 1, 2001. This case shows the court the plaintiff identified he was subjected to political discrimination while serving as union representative for the defendant and once again he had been disparaged from having justice been served. There are approximately thirteen other incidences the plaintiff filed petitions against the defendant and subsequently had Fifth Amended privileges infringed upon and/or had his petitions impeded to some degree. Upon request by the District Court for the District of Columbia the plaintiff has already agreed to identify each and every complaint filed against the defendant in which he was never completely afforded procedural due process of the law. There was MSPB, Dowell vs. DVA (2004), MSPB, Dowell vs. DOL (2004), MSPB, Dowell vs. OPM (2004), etc and so forth including case NLRB, Dowell vs. USPS (2001) previously identified. This list goes on.

7. The plaintiff has already agreed to the following settlement agreement. The plaintiff has already agreed to forfeit his rights for the fifteenth time in order to claim the privileges for the beloved families of his eight fallen comrades that did life in the line of duty while serving along side of him during Operations Desert Shield/Desert Storm in addition to the following terms. The plaintiff be granted sixteen Congressional Political Appointments for himself and the leaders he already identified to have met his General set standards our Loyalty rensers. The plaintiffs as well as only two others shall receive appointments to the grade of O-10E in addition to both

posthumanous appointments to same for both fellow comrades of same family that served life in the same Naval Service. Effective DOR for all three O-10E's, the plaintiff, his soon to be gender female General standard Government procured bride, and former reporting senior formerly Lieutenant Colonel Richard A. Anderson retroactive for all back pay, allowances, and entitlements effective March 2, 1997 in the United States Marine Corps on active duty and all three candidates receive credit for all breaks in service. Furthermore, the plaintiff retains the privilege of arbitration in the future over his rights, benefits, privileges, and interest in our Government amongst Senators to renser fairness.

8. The plaintiff agreed to only the terms he already identified for (20) calendar days beginning on the date the summons and complaint are officially received by the civil process clerk at the office of the United States Attorney for the District of Columbia. After (20) calendar days the plaintiff already has retained the privilege of claiming all the interest earned and inherited bylaw in the Government and has request that the court make it fully chargeable to appropriations assigned to the Federal Reserve. THE RELIEF THE PLAINTIFF IS REQUESTING FROM THE COURT is the sum total dollar figure amount for the face value of Life multiplied (3) times, Liberty multiplied (3) times, Freedom multiplied (3) times, and Justice multiplied (3) times since the plaintiff inherited two generation of rights from his Merchant Marine Naval Commanders belonging to the same family in case the plaintiff is unsuccessful at securing all (combined total amount of) eighteen Congressional Appointments (total) five for grade level O-10, six for grade level O-8, and seven in the grade of O-5 under guarantee the candidates shall receive appointments to the next higher grade level at the succession of every (3) years until securing their final highest grade level achievement of O-8E all funding chargeable to the Federal Reserve Budget.

9. The plaintiff has already rensered the Generals standards our loyalty ensered by collecting the rights for our beloved families of our fallen comrades in exchange for political appointments being granted by his Senators Office. This rensers our principle Loyalty established by his

Official Standards of Conduct for our Official Code of Conduct to his Official Congressional Code of Government Ethics and our plaintiff has placed loyalty to its highest moral principal interest and to our country above loyalty to any Government persons, party or department.

10. THE FORM OF RELIEF REQUESTED FROM THE COURT in the event the defendant declines the offer made in this complaint has been identified under PARAGRAPH EIGHT.

_____
ANTHONY W. DOWELL
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

**PRIVACY ACT AMENDMENT REQUEST**

2000 W. Glenoaks Ave. Apt #33
Anaheim, Ca 92801
March 7, 2007

Systems Manager
VA Greater Los Angeles Healthcare System
11301 Wilshire Blvd.
Los Angeles, CA 90073

RE: PRIVACY ACT AMENDMENT REQUEST

    In accordance with 5 CFR Part 301 I am requesting the Systems Manager to amend my records. The following information is being submitted as proof of identity:

1. Full name, signature, and home address: Anthony William Dowell 2000 W. Glenoaks Ave. Apt #33, Anaheim, CA 92801.
2. Social security number: 566 67 9172
3. Current or last place and dates of Federal employment: VA Greater Los Angeles Healthcare System, Human Resources, 11301 Wilshire Blvd. Los Angeles, CA 90073 from 11/16/2003 to 7/19/2004
4. Date and place of birth: 11/30/1968, Berkeley, CA

    The precise records to be amended are the Thrift Savings Plan records.

    Specifically, the records should be changed to reflect that I am vested in the Thrift Savings Plan 3 years from 7/04/1998. In addition the agency must match **ALL** of the contributions I made from 11/16/2003 to 7/19/2004.

    The reason for this request to amend the records is because the agency failed to ensure my records were maintained with such accuracy, relevance, timeliness, completeness as is necessary to assure fairness in any determination relating to qualifications, character, rights, or opportunity of, or benefits to me that may be made on the basis of such records and consequently a determination was made which has an adverse effect on me. I have provided my third quarter two thousand three participant statement for the Thrift Savings Plan as enclosure (1) to prove that I already had 3 years vested in the program from 7/04/1998. I have also provided my fourth quarter two thousand three through third quarter two thousand four participant statements as enclosures (2), (3), (4), & (5) to prove the agency failed to match all the contributions I made in the Thrift Savings Plan from 11/16/2003 to 7/19/2004.

    I can be contacted by correspondence at my home address.

Yours truly,

*[signature: Anthony W. Dowell]*
Anthony W. Dowell

Enclosure
    (1) Participant Statement Jun 1, 2003 – Sep 30, 2003
    (2) Participant Statement Oct 1, 2003 – Dec 31, 2003
    (3) Participant Statement Jan 1, 2004 – Mar 31, 2004

**EXHIBIT (1)**
EXHIBIT (1)

07 1390

**FILED**

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# PRIVACY ACT APPEAL

April 3, 2007

Information and Privacy Appeals Counsel
Office of the General Counsel
U.S. Office of Personnel Management
1900 E. Street, NW.
Washington, DC 20415

Re:  Privacy Act Appeal

Dear General Counsel:

    Due to the fact that 5CFR297 & 5 USC 552a both do not identify jurisdiction if the Systems Manager fails to comply with part 302, 5CFR297 & 5 USC 552a (d) (2) (A), I am appealing enclosure (1) to the Privacy Appeals Counsel. I protest appealing to the Assistant Director's Office because an individual claiming to represent their office broke public trust by attempting to extort me for information. I am filing my first motion to change venue so I can be afforded the right to have a fair trial. I am filing a second motion for the District Court to rule on whether my former agency or 5CFR297 & 5 USC 552a infringed upon my rights under the Fifth Amendment of the Constitution because the agency failed to comply with section 302, 5CFR297 & 5 USC 552a, section 302, 5CFR297, a decision letter was never issued to be afforded the rights set forth under section 306, 5CFR297, the agency failed to comply with section 305, 5CFR297, and neither 5CFR297 nor 5 USC 552abe afford a requestor appellate rights under these circumstances. Bringing me to my third motion that I am filing for the District Court to find both 5CFR297 & 5 USC 552a to be ruled unconstitutional, since they denied my rights set forth under the Fifth Amendment. My fourth motion is for the District Court to rule in favor of the Federal Government having to pay me the interest I am entitled to in life, liberty, freedom, and justice for defending the Constitution against enemies both foreign and domestic to make same equal rights to ensure my terms of the contract I made with a Designated Officer representing United States Congress was kept in good faith since the Federal Agencies and Organizations have turned our agreement into "bad faith" by infringing upon my rights. As the District Court is able to see by the agencies actions that are going to be described below, my former agency has already reaffirmed my fifth motion that by failing to comply with section 302, 5CFR297 & 5 USC 552a (d) (2) (A) the request to amend records can be rendered DENIED.

    On several occasions I notified my former agency that corrections had to be made to my records. I identified the records that were and still are in error but they neither informed me the corrections were going to be made nor notified me in writing that the requests were denied to afford me the right to appeal. At the time of the requests I was employed by Human Resources so naturally they did not challenge my identity. I informed the Systems Manager, Linda Zinc on (3) separate occasions that my records were inaccurate by internal email. After allowing reasonable time between each submission I marched up to the next higher level in the chain of command to her supervisor and Assistant Chief, HR Brenda Cabunoc. I submitted my fourth request to

**EXHIBIT (2)**

07 1390

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

amend records to the Systems Manager through the Assistant Chief. I afforded her a reasonable amount of time same as the Systems Manager but the corrections were never made. So, in my letter of resignation dated July 19, 2004, I marched up one more level in the chain of command by submitting the request to the Systems Manager through the Chief, HR Martin Flynn via the Assistant Chief, HR. I waited another (5) months and the corrections were never made. Finally, I filed an appeal hoping that by formally placing the agency on notice something would be done although I knew already the appeal was going to be dismissed for lack of jurisdiction. See: Dowell v. Department of Veterans Affairs (MSPB, 1994). I am filing this sixth motion with the District Court to find my former agency guilty of 5 USC 552a (g) (1) (C), 5 CFR297.302, 5 USC 552a (g) (1) (A), and the Fifth Amendment, Constitution; Furthermore, I file the seventh motion for each and every law, rule, guideline, regulation, procedure and ethical principle I identify in this appeal be enforced by the District Court unless the Privacy Appeals Counsel and I are able to settle these matters ourselves to my satisfaction.

Enclosure (2) has been submitted because it reveals my request to amend records was received by my former agency on March 12, 2007 via Official Certified standard US Mail Article Number: 7006 2760 0002 0155 5509. After the date the item was received I reassure the District Court the agency is unable to show they acknowledged receipt by either standard US Mail or contracted commercial courier. I also feel compelled to note the top of the request letter and the outside of the envelope it was mailed in had the words Privacy Act Amendment Request typed in big bold black face print. I believe the fact that I typed these words at the top of the letter and I am identifying that I complied with these requirements shows the District Court already that by preponderance of evidence I have proven the same words were typed on the outside of the envelope used to mail the request if this becomes the subject of dispute. In case it does, I am filing an eighth motion for the District Court to order my former agency to produce the original envelope that contained the request. I felt it was unnecessary to maintain a photocopy of the envelope for my records; although, these are the types of technicalities that Executives use when they are trying to be acquitted of charges; but, I prepared and able to identify and prove (2) distinct markings that were on the envelope in case the agency disputes that I complied with this requirement and tamper with my evidence before producing it for the District Court.

In lieu of the fact that I only requested to have my tsp-SCD corrected and receive the benefits I have been denied, I am filing the ninth motion for the District Court to order the former agency to ensure all records held by the Government pertaining to me are accurate. I identified other records that need to be amended already in the appeal I filed with MSPB. A few of these records are the Retention Register System, Performance Evaluations System, and Federal Employees Retirement System. Also, I am filing the tenth motion for the District Court to rule in favor of me not being required to pay back any indebtedness to the Government that was caused violating 5 USC 552a (g) (1) (C). This shall resolve another appeal I filed with the Office of Personnel Management concerning the letter of indebtedness I received because they also violated 5 USC 552a (g) (1) (C). Furthermore, I file an eleventh motion for the District Court to enforce my rights under the Rehabilitation Act of 1973 as amended by the Americans with

**EXHIBIT (2)**

Disabilities Act, the Civil Rights Acts and every other right I am entitled to under the constitution including applicable sections under 5CFR723 that prohibit denying access to rights, benefits, privileges, and or opportunities in programs funded by the Federal Government.

    I reassure the District Court that my former agency was collecting or gathering information on me to use for future political propaganda. As soon as the records pertaining too I had been transferred from my previous agency they were confiscated by the Chief, Labor Relations, Ms. Mary Moore. The records pertaining too I was subject to seizure and unconstitutional search that had been order by the Executive Steering Comity. This is reassured by the fact that she did not have a routine purpose for use to have the records pertaining too me in the first place, but even if she did I can guarantee nothing justifies seizing the records the entire period of time that I was an employee. I requested access to review my records several times but was denied without being notified in writing the reason for denial or my right to appeal. I reported this to the Senior Executives but they refused to take action which I am filing the twelfth motion for the District Court to rule this as an admission of guilt since I informed them that pertinent information regarding my records was not being reported. I filed the thirteenth motion for the District Court to rule the Executives inconspicuously invaded the privacy of my life and that I be compensated an amount equivalent to the fair Government market value of life since I was issued a combat action ribbon by the Secretary of the Navy for risking like in addition to compensating me for liberty, freedom, and justice. The following is going to reassure the District Court that this must be deemed a political activity or contribution made by the Executive Steering Comity, Executive Branch, Executive Offices, the Office of Management and Budget or the Office of Personnel Management.

    I reinsure the District Court of the United States the reason I have been having the records pertaining to me held by the Government as well as my reputations trashed since before I received an early Honorable Discharge from the United States Marine Corps is because I am being discriminated against for political affiliation. The Executives have been trying to take the standards my family developed for CE from us by making my life a living hell for the political contributions my family including I have made to support campaigns under United States Congress. My Great Grandfather former Lieutenant Commander Felix Riesenberg U.S.N. (Retired) was founder of the Federal Maritime Service Academies and developer of the only one of its kind in APA copyrights to his own standards for the title CE. His formal title was C.E. Master Mariner in Sail and Steam. See enclosure: (3). He was a naval engineer/architect designer and made several inventions for United States Congress. One of the inventions my family merchant created for Congress is standards for C.E. Government Issued Leaders guaranteed by loyalty to the principle elements of his design and Congress promised to procure real live property shipped as family forever until the end of time as long at it's family.

    His son, my Grandfather former Commander William Riesenberg U.S.N. (Retired) Co Patented US Patent No. 2900109 and reinsured loyalty to the principle elements of his fathers standards after being procured through our special family agreement between US and United States Congress. He set new standards for our family title C.E. by serving as

**EXHIBIT (2)**

Engineering Officer on the U.S.S. Midway during WWII. See: Enclosure (4). As indicated by this enclosure my Grandfather graduated from the US Naval Academy, Annapolis, Maryland after receiving a Congressional Appointment same as I was entitled too but the Executives turned our contract into bad faith because they have been trying to steal our US Patent Trademark Copyrights to Standards.

    I reinsured loyalty to the standards by serving in Operation Desert Shield/Desert Storm in the United States Marine Corps and was issued a combat action ribbon as indicated on enclosure (5). I set new C.E. standards for United States Congress by designing them an only one of its kind NCO Co Patented US Patent No. 2900109 standards but the Executives have blocked each and every attempt I have made to deliver my invention to Congress. They do not want the standards for C.E. to be leaders inside our Government to me mine since it means they have to enlist in the United States Marine Corps to make standard. I intentionally did this, it was the way both Congress and my predecessors wanted it to be, intended it to be, and meant it to be equal rights belongs to comrades forever and ALL RIGHTS RESERVED

    I file this final motion for the District Court to inform United States Congress that the Merchants Great Grandson has made the NCO Co Patented US Patent standards, claimed his interest to life, liberty, freedom, and justice and has some legislation he insists needs to be passed by this violation of his civil rights. It did already make done. Same never did does do it. Can US District Court do it.

Sincerely,

*[signature]*

Anthony W. Dowell

Enclosure
    (1) Privacy Act Amendment Request dated March 7, 2007
    (2) PS Form 381 postmarked March 8, 2007
    (3) Title page to copyrights for standards by LtCmdr Riesenberg
    (4) Resume of Qualifications on Cmdr Riesenberg
    (5) Certificate of Release from Active Duty in the Armed Forces
        On Anthony William Dowell

**EXHIBIT (2)**



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

Office of the
General Counsel

APR 2 5 2007

Mr. Anthony Dowell
2000 W. Glen Oaks Ave
Apt # 33
Anaheim, CA 92801

Dear Mr. Dowell:

This responds to your "Privacy Act Appeal" received in the Office of the General Counsel on April 10, 2007, and your "Settlement Proposal" dated April 11, 2007. You are appealing an alleged denial of an amendment request of "Thrift Savings Plan records." You allege this amendment request was denied because "a decision letter was never issued." Pursuant to 5 C.F.R. § 297.105(g), I am forwarding your letters to the Federal Retirement Thrift Investment Board (FRTIPB) because it appears you seek the amendment of records that are not maintained by OPM. Specifically, you state that "[t]he precise records to be amended are the Thrift Savings Plan records," and pursuant to OPM's regulations "there is no right of appeal to [OPM] from an agency's determination regarding its internal records," see 5 C.F.R. § 297.105(g). Further, to the extent that you seek records that would originate from another agency under the Freedom of Information Act (FOIA), pursuant to 5 C.F.R. § 294.107(g), I am forwarding your letters to the FRTIPB for a response. This letter is notice to you that your request has been referred to the FRTIPB.

I hope you find this information helpful.

Sincerely,

Kerry B. McTigue
General Counsel

cc: Federal Retirement Thrift Investment Board
FOIA Officer
1250 H Street, N.W., 2nd Floor
Washington, D.C. 20005-3952

(Evidence)

**EXHIBIT (3)**

07 1390
FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

www.opm.gov    Our mission is to ensure the Federal Government has an effective civilian workforce



FEDERAL RETIREMENT THRIFT INVESTMENT BOARD
1250 H Street, NW   Washington, DC   20005

May 7, 2007

Mr. Anthony Dowell
2000 W. Glen Oaks Ave. Apt. 33
Anaheim, CA   92801

Dear Mr. Dowell:

This responds to your letter, dated April 11, 2007, to the Information and Privacy Appeals Counsel, Office of the General Counsel, U.S. Office of Personnel Management (OPM). OPM has referred your letter to the Federal Retirement Thrift Investment Board (Agency) as a request for records under the Freedom of Information Act (FOIA), 5 U.S.C. §552, as amended. Your specific request with regards to the Thrift Savings Plan and our response are set forth below.

REQUEST:

You are requesting to have your TSP-SCD corrected. Specifically, you are requesting that your TSP records be changed to reflect that you are vested in the Thrift Savings Plan 3 years from 7/04/1998. You are also requesting that your agency match all contributions you made from 11/16/2003 to 7/19/2004.

RESPONSE:

Your letter does not include a request for records under FOIA.

However, we have referred your letter to our Office of Participant Services as a request for assistance from a TSP participant. You should receive a response from that office under separate cover.

(Evidence)

EXHIBIT (4)

07 1390

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please contact Anne Beemer of my staff, if you have any questions regarding this letter. Ms Beemer can be reached at (202) 942-1634 or Anne.Beemer@tsp.gov.

Sincerely,

James B. Petrick
Chief Financial Officer
and FOIA Officer



**EXHIBIT (4)**



**FEDERAL RETIREMENT THRIFT INVESTMENT BOARD**
1250 H Street, NW   Washington, DC   20005

July 19, 2007

Mr. Anthony Dowell
2000 W. Glen Oaks Ave, Apt 33
Anaheim, CA   92801

Dear Mr. Dowell:

This is in response to your letter of May 7, 2007, regarding contributions to your Thrift Savings Plan (TSP) account.

Employing agencies, responsible for maintaining the personnel and pay records of their employees, are responsible for determining the TSP contributions of their employees and reporting the contributions to the TSP record keeper. Neither the Federal Retirement Thrift Investment Board nor its record keeper have access to the personnel and pay information of its participants.

Thus, the TSP does not have the information necessary to determine your entitlement to agency contributions, and your claim for agency matching contributions must be filed with your employing agency. The information on our Web site under TSP Features, Understanding Your TSP Account, answers the question "What if there is a mistake in the contributions to my account?" by including the statement, "Report any errors in your TSP contributions to your agency personnel office."

Based upon our review of the contributions that have been reported to your account, however, it appears that your eligibility for agency contributions should have been reviewed upon your appointment to the Department of Veterans Affairs. Therefore, we have contacted the TSP Coordinator for the Department of Veterans Affairs, and she has begun research on your TSP account for any action the agency needs to take. You should contact Ms. Phyllis Pitters at your local personnel office to resolve your claim (310-478-3711).

I hope this information is helpful. Thank you for your participation in the Thrift Savings Plan.

Sincerely,

Pamela-Jeanne Moran
Director, Office of
   Participant Services

**EXHIBIT (5)**

07 1390

**FILED**

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**DEPARTMENT OF VETERANS AFFAIRS**
Greater Los Angeles Healthcare System
11301 Wilshire Boulevard
Los Angeles, CA  90073

JUN 1 8 2007

In Reply Refer To: **691/10A2**

Mr. Anthony Dowell
2000 W. Glenoaks Ave., Apt. #33
Anaheim, CA  92801

Dear Mr. Dowell:

This letter is in response to your recent inquiry regarding your Thrift Savings Plan (TSP) account while you were employed at the VA Greater Los Angeles Healthcare System.

Based upon a review of our records, our Human Resources Office found that the TSP status was not updated to reflect your correct TSP service computation date. Therefore, you did not receive all the matching funds to which you were entitled.

The Payroll section will be processing these corrections to your account. Please allow 30-60 days for the corrections to be made.

If you have any further questions, please contact Mr. Harold Goings, Acting Director, Human Resources, at (310) 268-4841.

Sincerely,

Mary D. Berrocal, MBA
Associate Director of Administration
  and Support

Bakersfield Community
  Based Outpatient Clinic
1801 Westwind Drive
Bakersfield, CA  93301
(661) 632-1800

Los Angeles Ambulatory
  Care Center
351 E. Temple Street
Los Angeles, CA  90012
(213) 253-2677

Santa Barbara Community
  Based Outpatient Clinic
4440 Calle Real
Santa Barbara, CA  93110
(805) 683-1491

Sepulveda Ambulatory Care
  Center and Nursing Home
16111 Plummer Street
North Hills, CA  91343
(818) 891-7711

West Los Angeles
  Healthcare Center
11301 Wilshire Boulevard
Los Angeles, CA  90073
(310) 478-3711

**EXHIBIT (5)**

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I (07-1390 CKK

## I (a) PLAINTIFFS

ANTHONY W. DOWELL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE  N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

US GOVT.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01390
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/31/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

P/A

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☒ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 - PA -

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) N.F. ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7/3/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

