UNITED STATES DISTRICT COURT
FOR THE DISCRICT OF COLUMBIA

ANTHONY W. DOWELL

V.

UNITED STATES GOVERNMENT

Civ. Action No. 07-1390
(CKK)

RECEIVED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REQUEST FOR REASONABLE ACCOMMODATION
## CHANGE OF VENUE

Presently, the plaintiff is both the constituent and is testifying in Congressional hearings being held by the United States Senate. The plaintiff is neither an employee nor has recently applied for employment with any Office, agency, or organization of the United States Government. Therefore, the plaintiff is entitled to relieved set forth by the Rehabilitation Act of 1973 as amended and the standards set by the Americans with Disabilities Act of 1990 through the Congressional Accountability Act. In addition, the plaintiff has already been subjected to discrimination on the basis of membership, former membership, or political affiliation against the separate body of power he has already identified having jurisdiction over his complaint and is properly requesting his complaint be transferred to by approval/ docketing this reasonable accommodation to have OFFICIAL CHANGE IN VENUE guaranteed by the Rehabilitation Act of 1973 to make the Justice Systems totally, fairly, fully, feely, and completely accessible to the plaintiff as well as the fact the accommodations the plaintiff has requested already meet the standard guideline for being a reasonable request besides the fact he has decided to invoke likewise enforce guarantees by protection under his Bill of Rights that only are accessible as wells as afforded by the Commandant of the Marine Corps General Court Martial Authorities. The plaintiff has already notified the Senate that he had been restrained or coerced from exercising the privilege to be appointed counsel at no cost to him by the United States since the Courts rules stipulate that he must make such request at the time of filing the official complaint; However, the plaintiff was disallowed the privilege

1

of requesting to be appointed an attorney since he had to ensure his officially approved and/or docketed change of venue request was on record before court having gaining custody of the plaintiffs case would authorize him to be afforded the right to an attorney provided by the Government at no cost to him since the court belongs to the separate body of power.

On ~~August 1,~~ July 31 AND 2007, the plaintiff properly served his timely complaint against the official or officer designed by Senate on behalf of Congress to represent the defendant in accordance to their separate body of powers official standards established by the Judge Advocate General Manual but the plaintiff identified before hand that if he overlooks any requirements by mistake since he officially received his Honorable Discharge or separated from the Naval Services nearly (10) years ago, he would gladly satisfy the requirement under the condition it was already identified as well as made known to him prior to the established cutoff date at which time all standards he mistakenly failed to meet are deemed already to have been officially approved as haven been already waived. Again, the plaintiff was either restrained or coerced from officially serving his summons due to the fact an approved and/or docketed change of venue request had to be on record with the Clerk of the Court and the gaining court of jurisdiction had to appoint an attorney to represent the plaintiff already prior to identifying his counsel in the summons and in accordance to their requirements since once he already furnishes services for the summons against the official or officer designated to represent the defendant, he is no longer eligible for request in change of venue unless its requested by the court in this case the District Court for the District of Columbia. Besides, the plaintiff has already identified to both Senate as well as the Commandant of the Marine Corps Counsel that by trying to force the plaintiff to serve the summons against the Attorney General and U.S. Attorney's Office's Officials only it was not just discriminatory towards himself but towards the defendant's official officer designated to represent the case solemnly on the basis of political affiliation, membership

and/or former membership serving under United States Congress. This is a serious illegal campaign contribution to the leaders for the separate bodies of power outside our own and grants their agencies officials a prohibited unfair advantage that should not be authorized by law since our plaintiff has already identified another item on the agenda for Senate to rule over the constitutionality of the Federal statue, regulation, rule, guideline or procedure. This is just (1) more of several bits of legislation our plaintiff is identifying to his Senate that needs to be fixed without anymore further delays. His complaint already officially identified statues, regulatory authorities, etc. regulated by the Executive Officers and rules on by the Judiciary Offices that are all unconstitutional. There is no rational reason for the officials responsible to regulate those laws to hold official office for the United States Government instead of the plaintiff since he has been the first person to enforce his rights in order to uphold the constitution and refer amendments to it upstairs to senate to renser this well known rule established under Ethics the leader for the other bodies of power are officially being charged by the Senate on behalf of the plaintiff to be found guilty of.

On August 6, 2007 the plaintiff identified to Senate that he received official summons prepared by the Clerk of the Court's officials to be served against the Attorney General as well as U.S. Attorney's Officers. Since the plaintiff already served an official or officer designated to represent the body of power the plaintiff also is affiliated to and has officially pleaded or recorded a motion to docket his approval for request change of venue that is already indisputably guaranteed since its more advantageous to the Government unless the other bodies of power intended to sabotage or impede his complaint again another time and since it can be declared most cost effective on the Government it definitely falls within the scope or meaning of being a reasonable accommodation he is entitled to be afforded all the privileges the plaintiff is guaranteed by the Constitution as amended through the Bill of Rights and through privileged protections the plaintiff has already been entitled to through the past (10) years having every leader in the other bodies of power around steal his

3

constitutional protection security guarantees.  The original Forms AO 440'S have been identified already by his Senators Office's and he is being instructed to return the originals to the sender undeliveed since he also provided pre-completed summons to the District Court officials ready for service on the defendant's designee appoint by Senate for Congress identified on form the plaintiff completed in spite of the fact they are prohibited by law already from being served since the plaintiff has officially requested his change of venue that has been identified by the leaders of the body of power both the defendant's officer and the plaintiff have already sought protection through and are privileged enough to be entitled to an attorney at any such time deem necessary from here on out until the after life since they officially already did something no one else has ever done before and that is make certain loyalty rensered each other an extra time since the General (Flag) Officer has also stated that he is the plaintiffs trustee and must make certain he performs his fiduciary duties to him as wells as the Corps.  The District Courts officers may identify that change of venue is granted or approved under the exclusive jurisdiction of the General Court Martial authority of the Commandant of the Marine Corps located at 3000 Marine Corps Pentagon, Washington, DC 20350.  Furthermore, the District Court Officials have been advised they have (48) hours from time/date the plaintiffs pleading is received to already record his approved request and distribute copies to the addressees scribed underneath the final section of this official record.

   The plaintiff already identified and requested to have every petition previously filed adjoined to this case by virtue of his rights protected under the DoD Privacy as well as Freedom of Information Acts that are lifelong guaranteed protection.  The fact that all his identifiable information/records are reported stolen by the Feds requires the power he is exercising his rights through to completely and thoroughly investigate before the final after action report is signed off by the Commandant's Judges and then sent upstairs to the Senate Subcommittees since National Security has already been identified as under highest

degree of threat levels as wells as the plaintiffs life haven been in jeopardy all this time the past decade for contributions through service he, Great Grandfather Commander as well as Grandfather Commander performed underneath United States Senators for Continental Congress in the present day service title Department of the Navy, but then also United States Marine Corps.

Official change of venue has already been id'd and recorded on this 6th date of August in the year of my lord almighty jesus Christ God amen Two thousand-Seven.

*[signature]*

ANTHONY W. DOWELL
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

Exhibits
  (a) Undelivered Summons
  (b) Proof of Service on Official
  Officer designed to represent
  Defendant Official date of service:
  11:57am on August 1, 2007

Distr:

Copy (1): Clerk of the Court
            United States District Court
            District of Columbia
            Washington, DC 20001
     (2): Plaintiff Mr. Anthony W. Dowell
            2000 W. Glen Oaks Ave. #33
            Anaheim, CA 92801
     (3) Defendant's Official General Michael L. Hagee (Retired)
            United States Marine Corps
            3000 Marine Corps Pentagon
            Washington, DC 20350
     (4) Commandant of the Marine Corps
            Headquarters, U.S. Marine Corps
            3000 Marine Corps Pentagon
            Washington, DC 20350
     (5) Staff Judge Advocate General's Division
            Headquarters, U.S. Marine Corps
            3000 Marine Corps Pentagon
            Washington, DC 20350

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
       Plaintiff(s)        )
                           )
                           )   Civil Action No. 07-1390 (CKK)
       v.                  )
                           )
                           )
_____  )
       Defendant(s)        )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        _____
Attorney for the Plaintiff(s)    Date


_____        _____
Attorney for the Defendant(s)    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____        _____
United States District Judge     Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
       TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

**EXHIBIT (A)**

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

ANTHONY W. DOWELL

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES GOVERNMENT

CASE NUMBER: 07-1390 (CKK)

TO: (Name and address of Defendant)

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony W. Dowell
2000 W. Glen Oaks Ave., #33
Anaheim, CA 92801

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington                                August 1, 2007
CLERK                                                   DATE

EXHIBIT (A)

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                          *Signature of Server*


                                         _____
                                                   *Address of Server*


**EXHIBIT (A)**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

ANTHONY W. DOWELL

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES GOVERNMENT

CASE NUMBER: 07-1390 (CKK)

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony W. Dowell
2000 W. Glen Oaks Ave., #33
Anaheim, CA 92801

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington                                       August 1, 2007
CLERK

*[signature]*

(By) DEPUTY CLERK

**EXHIBIT (A)**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                         *Signature of Server*

                                       _____
                                              *Address of Server*

**EXHIBIT (A)**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXPRESS MAIL** Post Office To Addressee
Customer Copy
Label 11-B, March 2004

EB 595139536 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 92803
Date Accepted: Mo. 7 Day 30 Year 07
Time Accepted: 7:34 PM
Flat Rate or Weight: 5 lbs 8 ozs

Day of Delivery: Next
Scheduled Date of Delivery: Month 3 Day
Scheduled Time of Delivery: Noon

Postage: $16.25
Return Receipt Fee: $
COD Fee: $
Insurance Fee: $
Total Postage & Fees: $16.25

**FROM:** (PLEASE PRINT) PHONE ( )
Anthony W. Powell
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

**TO:** (PLEASE PRINT) PHONE ( )
Former CMC Gen. Michael Hagee
3000 Marine Corp; Pentagon
Washington DC 20350

**EXHIBIT (B)**


**UNITED STATES POSTAL SERVICE**®

Home | Help

## Track & Confirm

### Track & Confirm

**Search Results**

Label/Receipt Number: EB59 5139 536U S
Status: **Delivered**

Your item was delivered at 11:57 AM on July 31, 2007 in WASHINGTON, DC 20310 to PENT MISC 20310 R6. The item was signed for by E JULIEN.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**EXHIBIT (B)**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                               8/1/2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007 a copy of my Privacy Act complaint was mailed to all defendants at the following addresses (es):

>Defendant's Official Officer/Agent/Representative
>General Michael L. Hagee, U.S.M.C. (Retired)
>UNITED STATES CONGRESS
>Commission Expiration Date: Indefinite
>3000 Marine Corps Pentagon
>Washington, DC 20350

>Defendant's & Plaintiff's Counsel
>Staff Judge Advocate General's Division
>Headquarters, U.S. Marine Corps
>3000 Marine Corps Pentagon
>Washington, DC 20350

The service of the plaintiff's Privacy Act complaint was officially submitted in accordance with regulations, guidelines, and procedures I use to know about set forth by DoD instructions for agencies under their chain of command having jurisdiction over their Privacy Act as well as Freedom of Information Act constituent appeals. Under strict regulations any of the constituent process's, rules, procedure's, guidelines, statues, or regulations are waiver able by Special, Summary, or General court martial convening authorities.

Anthony W. Dowell
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

**EXHIBIT (B)**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007 a copy of my **REASONABLE ACCOMMODATION REQUEST** to be granted **CHANGE OF VENUE** by the District Court of Columbia to the Staff Judge Advocate General Divisions Jurisdiction at Headquarters, United States Marine Corps was mailed to all defendants at the following addresses (es):

>Defendant's Official Officer/Agent/Representative
>General Michael L. Hagee, U.S.M.C. (Retired)
>UNITED STATES CONGRESS
>Commission Expiration Date: Indefinite
>3000 Marine Corps Pentagon
>Washington, DC 20350
>
>Defendant's & Plaintiff's Counsel
>Staff Judge Advocate General's Division
>Headquarters, U.S. Marine Corps
>3000 Marine Corps Pentagon
>Washington, DC 20350

The service of the plaintiff's Privacy Act complaint was officially submitted in accordance with regulations, guidelines, and procedures I use to know about set forth by DoD instructions for agencies under their chain of command having jurisdiction over their Privacy Act as well as Freedom of Information Act constituent appeals. Under strict regulations any of the constituent process's, rules, procedure's, guidelines, statues, or regulations are waiver able by Special, Summary, or General court martial convening authorities.

Anthony W. Dowell
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

**EXHIBIT (B)**

# UNITED STATES DISTRICT COURT
## District of Columbia

ANTHONY W. DOWELL

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES GOVERNMENT

CASE NUMBER:

TO: (Name and address of Defendant)
GENERAL Michael L. Hagee, (Retired)
UNITED STATES CONGRESS
Commission Expires on: INDEFINATE
3000 Marine Corps Pentagon, Washington, DC 20350

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Representing by: Anthony W. Dowell, 2000 W. Glen Oaks Ave. #33 Anaheim, CA 92801

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

EXHIBIT (B)