UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY W. DOWELL

V.

Civ. Action No. 07-1390
(CKK)

UNITED STATES GOVERNMENT

AMPLIFICATION/NARRATIVE
COURTS RECORD

On August 8, 2007 the plaintiff submitted an official request to have CHANGE IN VENUE on order to enser Court Services were fully, fairly, totally, completely, and/or freely accessible. The plaintiff afforded the District Court for the District of Columbia precisely forty-eight hours upon receipt of the request to provide the REASONABLE ACCOMMODATIONS that rensered the plaintiff would be afforded full, fair, as well as complete procedural due process under the laws. Per the Marine Corps publications systems a investigation is already required since the plaintiff use to be officially the Terminal Area Security Officer (TASO) for Military Police Company, Twin Cities (UIC 85230/D10). The plaintiff has already alerted the Provost Marshall in Charge to be Senior Ranking Official to lead the investigation as required to enforce privileges.

The plaintiff has officially recorded in the courts records that effective 12:00 pm Eastern Standard Time on August 10, 2007 the plaintiff, formerly Terminal Area Security Non-Commissioned Officer for Military Police Company, Headquarters Battalion, 4th Marine Division, FmF Twin Cities USERID EBAEOO was denied access to the court having proper jurisdiction over the plaintiffs complaint by denying the REASONABLE ACCOMMODATIONS the plaintiff requested to be afforded CHANGE IN VENUE so the plaintiff could be afforded

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

either the right or privilege of having an investigation by his former branch of service in the military as required by Marine Corps and higher regulations pertaining to security. REQUEST FOR REASONABLE ACCOMMODATION, SPECIFICALLY TO HAVE CHANGE IN VENUE OFFICIALLY DENIED. DOCUMENTED FOR THE DISTRICT OF COLUMBIA'S OFFICIALLY COURT RECORD.

ANTHONY W. DOWELL
2000 W. Glen Oaks Ave. #33
Anaheim, CA 92801

Dist. List
(Secret)