UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY W. DOWELL

V.

Civ. Action No. 07-1390
(CKK)

UNITED STATES GOVERNMENT

MEMORANDUM/STATEMENT OF UNDERSTANDING/DISCLOSURE AGREEMENT
(JURISDICTION)

The following is a transcription taken from the microfilm of the plaintiffs Official Military Personnel File:

## OFFICIAL MILITARY

## PERSONNEL FILE

## SYMBOL
## EAGLE/GLOBE/ANCHOR

FOR OFFICIAL USE ONLY

The unauthorized disclosure of the contents of the
Inclosed Official Military Personnel File could result
In violation of the individual's right to privacy
(MCO P5211.2, The Privacy Act of 1974). Minimum
Security measures required for the inclosed official
Record published in MCO P5000.12 (HQADMINMAN),
Chapter 6. The documents contained on this official
Record are to be reviewed only by authorized persons
In the conduct of official business.

This Memorandum/Statement of Understanding/Disclosure Agreement has controlling jurisdiction Governing the plaintiffs already approved by Senate request to be granted official CHANGE IN VENUE.

ANTHONY W. DOWELL
2000 W. GLEN OAKS AVE. #33
ANAHEIM, CA 92801

Exhibit:
(A) Memorandum/Statement of Understanding/
Disclosure Agreement dated January 4, 1988

Dist List:
(CLASSIFIED)

RECEIVED

AUG 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# OFFICIAL MILITARY PERSONNEL FILE



**FOR OFFICIAL USE ONLY**

The unauthorized disclosure of the contents of the inclosed Official Military Personnel File could result in violation of the individual's right to privacy (MCO P5211.2; The Privacy Act of 1974). Minimum security measures required for the inclosed official record are published in MCO P5000.12 (MARCORMAN), Chapter 6. The documents contained on this official record are to be reviewed only by authorized persons in the conduct of official business.