UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY W. DOWELL,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>     Defendant. | Civil Action No. 07-1390 (CKK) |

**RULE 4(m) ORDER**
(November 29, 2007)

The Complaint in this case was filed on July 31, 2007, but there is no record that a copy of the Complaint has been served on the Defendant, the United States Government. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

**ORDERED** that by December 28, 2007, Plaintiff must either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made.

**SO ORDERED.**

                                                                                    /s/
                                                              COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge

Copy to:

Anthony W. Dowell
Apartment 33
2000 W. Glenn Oaks Avenue
Anaheim, CA 92801