UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY W. DOWELL,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br><br>     Defendant. | Civil Action No. 07-1390 (CKK) |

**ORDER**
(January 24, 2008)

The Complaint in this case was filed on July 31, 2007. On November 29, 2007, the Court issued a Rule 4(m) Order noting that there was no record that a copy of the Complaint had been served on the Defendant, and directing Plaintiff's attention to Federal Rule of Civil Procedure 4(m). That Rule provides in pertinent part, "[i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court's Order advised Plaintiff that to avoid the finality of a mandatory dismissal, on or before December 28, 2007, he was required to either cause process to be served and proof of service to be filed with the Court, or file a status report with the Court indicating why service had not been made. Almost a month has passed since that date, and the Court has received no response to its Rule 4(m) Order.

Accordingly, it is this 24th day of January, 2008, hereby

**ORDERED** that the instant case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

*This is a final, appealable order.*

           /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copy to:

Anthony W. Dowell
Apartment 33
2000 W. Glenn Oaks Avenue
Anaheim, CA 92801